UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZACHARY MARK ENSLOW,<br><br>           Plaintiff,<br><br>     v.<br><br>STATE OF WASHINGTON, THURSTON COUNTY, CITY OF OLYMPIA, JOSEPH F WHEELER, BOB FERGUSON.<br><br>           Defendant. | CASE NO.  3:16-CV-05497-RBL-DWC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, does hereby find and ORDER.

Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore.  Accordingly, plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED.  Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act.  The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff.  Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

1  Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a
2  waiver of any other cost(s) of litigation.
3         The Clerk is directed to mail a copy of this Order to Plaintiff.
4         Dated this 9th day of August, 2016.

                                                  David W. Christel
                                                  United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2